FILED

05/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0429

---

DUANE BURCHILL,

Petitioner and Appellant.

v.

STATE OF MONTANA,

Respondent and Appellee.

---

**ORDER**

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 26, 2023, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 18 2023